FILED
2/4/20 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-20394-JAD |
| | ) | |
| Donna Jean Stemski, | ) | Chapter 13 |
| | ) | |
| | ) | Doc. No. 27 |
| | ) | |
| Debtor. | ) | Related to Doc. No. 23 |

### CONSENT ORDER MODIFYING AUGUST 13, 2019 ORDER

AND NOW, this ____4th____ day of ____Februs_____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 13, 2019 it is

ORDERED that the August 13, 2019 order confirming the debtor's chapter 13 plan is amended to show the date of the confirmed plan as January 31, 2019 (Document #10) instead of January 13, 2019. The confirmation order dated August 13, 2019 remains in full force and effect with the only change being the date of the confirmed plan.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ David A. Rice
David A. Rice, Esquire
Attorney for the Debtor
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                  Case No. 19-20394-JAD
Donna Jean Stemski                                                      Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                   Page 1 of 2                  Date Rcvd: Feb 04, 2020
                               Form ID: pdf900              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db             +Donna Jean Stemski,    857 Pleasant Hills Drive,    Washington, PA 15301-2948
15013392        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14986656       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14986657       +Amex/Bankruptcy / Macys,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14986658       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15002930       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14986659       +Cap1/dbarn,   Capital One Retail Srvs/Attn: Bankruptcy,     Po Box 30258,
                 Salt Lake City, UT 84130-0258
15013785        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15025017       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14986662       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
15031762       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14986663       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14986664       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15031867        Credit First NA,    PO Box 818011,   Cleveland, OH 44181-8011
14986666       +Credit First NA / Firestone,    Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
14986667       +EnerBank USA,    1245 Brickyard Rd., Ste. 600,    Salt Lake City, UT 84106-2562
14997190       +Greensky, LLC,    1797 Northeast Expressway,    Suite 100,    Atlanta, GA 30329-2451
15031865       +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
14986669       +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
                 Los Angeles, CA 90051-4387
14986670       +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429
14986676       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
14986677       +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
15004681        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,     Des Moines, IA 50306-0438
14986678       +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14986660       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 05 2020 02:54:43      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14986661       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 05 2020 02:54:18      Capital One / Costco,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14986665       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 05 2020 02:49:51      Comenitybank/kayjewe,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
15031172        E-mail/Text: bnc-quantum@quantum3group.com Feb 05 2020 02:49:53
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14986668       +E-mail/Text: bncnotices@becket-lee.com Feb 05 2020 02:49:43      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
15006813        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2020 02:55:16      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15031592        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2020 02:55:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14988454       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2020 02:54:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15027405        E-mail/Text: bnc-quantum@quantum3group.com Feb 05 2020 02:49:53
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
14986671       +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2020 02:54:42      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14986672       +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2020 02:54:17      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14986673       +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2020 02:54:16      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
14986674       +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2020 02:55:08      Synchrony Bank/TJX,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14986675       +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2020 02:54:42      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15032021       +E-mail/Text: bncmail@w-legal.com Feb 05 2020 02:50:09      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: culy                  Page 2 of 2                  Date Rcvd: Feb 04, 2020
                              Form ID: pdf900             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
          David A. Rice    on behalf of Debtor Donna Jean Stemski ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden   on behalf of Debtor Donna Jean Stemski niclowlgl@comcast.net
                                                                                             TOTAL: 5
```