**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/23/2020

IN RE:

DONNA JEAN STEMSKI
857 PLEASANT HILLS DRIVE
WASHINGTON, PA 15301
XXX-XX-2567         Debtor(s)

Case No.19-20394 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/23/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6118 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 771.76<br>COMMENT: 771@0%/PL@SEC~$15/MO*COMENITY BANK/PL*KAY JEWELERS/SCH*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8668 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 19-2<br>CLAIM: 0.00<br>COMMENT: CL19GOV*1054/PL*PMT/DECLAR*DK4PMT-LMT*BGN 2/19*AMD | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 6884 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 4,326.91<br>COMMENT: 4303/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4001 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,749.49<br>COMMENT: AMEX-MACYS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2317 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 5,986.63<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3174 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 754.93<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5716 |
| **CAPITAL ONE RETAIL SERVICES**<br>PO BOX 71106<br>CHARLOTTE, NC  28272 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*DRESS BARN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9237 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5192 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,182.25<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4021 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*COSTCO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7480 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 9,940.95<br>COMMENT: 3870/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3871 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 5,585.66<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3766 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 797.01<br>COMMENT: BEST BUY/SCH*FR CITIBANK-DOC 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6806 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 4,437.82<br>COMMENT: CITIBANK~HOME DEPOT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3469 |
| **FIRESTONE/CREDIT FIRST NA**<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 1,638.82<br>COMMENT: 2283/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2567 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,831.58<br>COMMENT: FR ENERBANK-DOC 34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4700 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 282.12<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0814 |
| **GREENSKY LLC(*)**<br>PO BOX 2153 - DEPT# 3025<br>BIRMINGHAM, AL 35287 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,810.13<br>COMMENT: SUNTRUST BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6420 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>PO BOX 965060<br>ATTN BANKRUPTCY DEPT<br>ORLANDO, FL 32896-5060 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JC PENNEY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6118 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 3,729.03<br>COMMENT: JC PENNEY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1729 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 9,002.09<br>COMMENT: SYNCHRONY BANK~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2354 |
| **SYNCHRONY BANK**<br>PO BOX 965060<br>ATTN BANKRUPTCY DEPT<br>ORLANDO, FL 32896-5060 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TJX/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2228 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 3,286.89<br>COMMENT: WALMART/SCH*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0670 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 15,696.77<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1730 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 3,077.93<br>COMMENT: MACYS VISA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7537 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 3,086.57<br>COMMENT: 5374~WF JEWELRY ADVANTAGE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7958 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:19-2<br>CLAIM: 259.23<br>COMMENT: CL19GOV*$0/PL*THRU 1/19*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6884 |