IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Donna Stemski, | : | Bankruptcy No. 19-20394-JAD |
| Debtor, | : | |
| Donna Stemski, | : | Chapter 13 |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order dated December 22, 2020 and the Amendment to Schedule C on each party listed below by first class U.S. mail on December 23, 2020.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

All creditors listed on the attached matrix

Attorney for Movants:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329

```
Label Matrix for local noticing          (p)JEFFERSON CAPITAL SYSTEMS LLC        PRA Receivables Management LLC
0315-2                                    PO BOX 7999                             POB 41067
Case 19-20394-JAD                         SAINT CLOUD MN 56302-7999               Norfolk, VA 23541-1067
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Dec 23 09:32:54 EST 2020

PRA Receivables Management, LLC           2                                       American Express National Bank
PO Box 41021                              U.S. Bankruptcy Court                   c/o Becket and Lee LLP
Norfolk, VA 23541-1021                    5414 U.S. Steel Tower                   PO Box 3001
                                          600 Grant Street                        Malvern  PA 19355-0701
                                          Pittsburgh, PA 15219-2703

Amex                                      Amex/Bankruptcy / Macys                 Bank Of America
Correspondence/Bankruptcy                 Correspondence                          4909 Savarese Circle
Po Box 981540                             Po Box 981540                           Fl1-908-01-50
El Paso, TX 79998-1540                    El Paso, TX 79998-1540                  Tampa, FL 33634-2413

Bank of America, N.A.                     Cap1/dbarn                              Capital One
P O Box 982284                            Capital One Retail Srvs/Attn: Bankruptcy Attn: Bankruptcy
El Paso, TX 79998-2284                    Po Box 30258                            Po Box 30285
                                          Salt Lake City, UT 84130-0258           Salt Lake City, UT 84130-0285

Capital One / Costco                      Capital One, N.A.                       Chase Bank USA, N.A.
Attn: Bankruptcy                          c/o Becket and Lee LLP                  c/o Robertson, Anschutz & Schneid, P.L.
Po Box 30285                              PO Box 3001                             6409 Congress Avenue, Suite 100
Salt Lake City, UT 84130-0285             Malvern PA 19355-0701                   Boca Raton, FL 33487-2853

(p)JPMORGAN CHASE BANK N A                Citibank, N.A.                          Citibank/Best Buy
BANKRUPTCY MAIL INTAKE TEAM               701 East 60th Street North              Attn: Bankruptcy
700 KANSAS LANE FLOOR 01                  Sioux Falls, SD 57104-0493              Po Box 790441
MONROE LA 71203-4774                                                              St. Louis, MO 63179-0441

Citibank/The Home Depot                   Comenitybank/kayjewe                    Credit First NA
Attn: Recovery/Centralized Bankruptcy     Attn: Bankruptcy Dept                   PO Box 818011
Po Box 790034                             Po Box 182125                           Cleveland, OH 44181-8011
St Louis, MO 63179-0034                   Columbus, OH 43218-2125

Credit First NA / Firestone               Department Stores National Bank         EnerBank USA
Attn: Bankruptcy                          c/o Quantum3 Group LLC                  1245 Brickyard Rd., Ste. 600
Po Box 81315                              PO Box 657                              Salt Lake City, UT 84106-2562
Cleveland, OH 44181-0315                  Kirkland, WA  98083-0657

Greensky, LLC                             Kohls/Capital One                       LVNV Funding, LLC
1797 Northeast Expressway                 Kohls Credit                            Resurgent Capital Services
Suite 100                                 Po Box 3120                             PO Box 10587
Atlanta, GA 30329-2451                    Milwaukee, WI 53201-3120                Greenville, SC 29603-0587

Office of the United States Trustee       PennyMac Loan Services, LLC             Pennymac Loan Services
Liberty Center.                           P.O. Box 2410                           Correspondence Unit/Bankruptcy
1001 Liberty Avenue, Suite 970            Moorpark, CA 93020-2410                 Po Box 514387
Pittsburgh, PA 15222-3721                                                         Los Angeles, CA 90051-4387
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Suntrust Bank/GreenSky<br>Attn: Bankruptcy<br>Po Box 29429<br>Atlanta, GA 30359-0429 |
| Synchrony Bank/ JC Penney<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965061<br>Orlando, FL 32896-5061 |
| Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Tnb-Visa  (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV   PO Box 9475<br>Minneapolis, MN 55440-9475 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6806 | Donna Jean Stemski<br>857 Pleasant Hills Drive<br>Washington, PA 15301-2948 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES LLC

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   46
Bypassed recipients    2
Total                 48