FILED
7/14/22 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Donna Jean Stemski | ) | Bankruptcy No. 19-20394 JAD |
| | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| | ) | Related to ECF 51 |
| v. | ) | Hearing: July 20, 2022 at 11 a.m. |
| No Respondent | ) | |
| Respondent(s) | ) | |

**DEFAULT O/E JAD**

### ORDER OF COURT

AND NOW, this 14th day of July, 2022, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $6,000.00, of which $6,000.00 are attorney fees and $0.00 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 1/29/19 to 6/17/2022.

Therefore, the Application in its face amount of $2,000.00 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $2,000.00 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between January 29, 2019 and June 17, 2022 in the amount of **$2,000.00** and expenses in the amount of **$0.00** for a total of **$2,000.00**. The total award of compensation for services to date, is **$6,000.00** and expenses in the amount of **$0.00** for a grand total in the amount of **$6,000.00.**

BY THE COURT:

_____
Jeffery A. Deller    jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20394-JAD |
| Donna Jean Stemski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donna Jean Stemski, 857 Pleasant Hills Drive, Washington, PA 15301-2948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Donna Jean Stemski ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Donna Jean Stemski niclowlgl@comcast.net |

TOTAL: 5