**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Donna Jean Stemski**
Debtor(s)

Bankruptcy Case No.: 19−20394−JAD
Related to Doc. #68
Chapter: 13
Docket No.: 70 − 68

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of January, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/8/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/16/24 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/8/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20394-JAD |
| Donna Jean Stemski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 29, 2024 | Form ID: 408 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Jean Stemski, 857 Pleasant Hills Drive, Washington, PA 15301-2948 |
| 14986657 | + | Amex/Bankruptcy / Macys, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14986670 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15013392 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:38:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986656 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:13:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14986658 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 00:07:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15002930 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 30 2024 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14986659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:13:18 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14986660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:13:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14986661 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:13:55 | Capital One / Costco, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15013785 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:13:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15025017 | + | Email/Text: RASEBN@raslg.com | Jan 30 2024 00:07:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15031762 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:21 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14986663 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:12:58 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14986664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:47 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14986665 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitybank/kayjewe, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| ID | Method | Timestamp | Recipient |
|---|---|---|---|
| 15031867 | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14986666 + | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First NA / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14986677 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:50 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15031172 | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14986667 + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 30 2024 00:08:00 | EnerBank USA, 1245 Brickyard Rd., Ste. 600, Salt Lake City, UT 84106-2562 |
| 14997190 + | Email/Text: bankruptcy@greenskycredit.com | Jan 30 2024 00:07:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15226984 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2024 00:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14986662 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2024 00:13:53 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14986668 + | Email/Text: PBNCNotifications@peritusservices.com | Jan 30 2024 00:07:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15006813 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:12:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15202036 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:37:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15031592 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14988454 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:12:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15031865 + | Email/PDF: ebnotices@pnmac.com | Jan 30 2024 00:13:32 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14986669 + | Email/PDF: ebnotices@pnmac.com | Jan 30 2024 00:12:54 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15027405 | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14986671 + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:24:55 | Synchrony Bank/ JC Penney, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986672 + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:16 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986673 + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14986674 + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:18 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986675 + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:56 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15032021 + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14986676 + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:08:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15004681 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:13:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| 14986678 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:24:35 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
|---|---|---|---|

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES LLC |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Donna Jean Stemski ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Donna Jean Stemski lowdenscott@gmail.com |

TOTAL: 5