**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DONNA JEAN STEMSKI | Case No.:19-20394 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>   vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2019 and confirmed on 3/11/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 108,115.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 108,115.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,600.00 | |
|   Trustee Fee | 5,163.94 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,763.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 64,844.27 | 0.00 | 64,844.27 |
|     Acct: 6884 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 259.23 | 259.23 | 0.00 | 259.23 |
|     Acct: 6884 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 771.76 | 771.76 | 0.00 | 771.76 |
|     Acct: 8668 | | | | |
| | | | | 65,875.26 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONNA JEAN STEMSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX7/22 | | | | |
|   RICE AND ASSOCIATES | 1,600.00 | 1,600.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/23 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 4,326.91 | 1,566.04 | 0.00 | 1,566.04 |
|     Acct: 4001 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,749.49 | 633.19 | 0.00 | 633.19 |
|     Acct: 2317 | | | | |
|   BANK OF AMERICA NA** | 5,986.63 | 2,166.74 | 0.00 | 2,166.74 |
|     Acct: 3174 | | | | |
|   BANK OF AMERICA NA** | 754.93 | 273.23 | 0.00 | 273.23 |
|     Acct: 5716 | | | | |
|   CAPITAL ONE RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9237 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5192 | | | | |
| LVNV FUNDING LLC | 4,182.25 | 1,513.68 | 0.00 | 1,513.68 |
| Acct: 4021 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7480 | | | | |
| CHASE BANK USA NA(*) | 9,940.95 | 3,597.93 | 0.00 | 3,597.93 |
| Acct: 3871 | | | | |
| CHASE BANK USA NA(*) | 5,585.66 | 2,021.62 | 0.00 | 2,021.62 |
| Acct: 3766 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 797.01 | 288.46 | 0.00 | 288.46 |
| Acct: 6806 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,437.82 | 1,606.18 | 0.00 | 1,606.18 |
| Acct: 3469 | | | | |
| FIRESTONE/CREDIT FIRST NA | 1,638.82 | 593.14 | 0.00 | 593.14 |
| Acct: 2567 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,831.58 | 1,386.76 | 0.00 | 1,386.76 |
| Acct: 4700 | | | | |
| CAPITAL ONE NA** | 282.12 | 102.11 | 0.00 | 102.11 |
| Acct: 0814 | | | | |
| GREENSKY LLC(*) | 2,810.13 | 1,017.07 | 0.00 | 1,017.07 |
| Acct: 6420 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6118 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,729.03 | 1,349.65 | 0.00 | 1,349.65 |
| Acct: 1729 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 9,002.09 | 3,258.13 | 0.00 | 3,258.13 |
| Acct: 2354 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2228 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,286.89 | 1,189.62 | 0.00 | 1,189.62 |
| Acct: 0670 | | | | |
| TD BANK USA NA** | 15,696.77 | 5,681.13 | 0.00 | 5,681.13 |
| Acct: 1730 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 3,077.93 | 1,114.00 | 0.00 | 1,114.00 |
| Acct: 7537 | | | | |
| WELLS FARGO BANK NA | 3,086.57 | 1,117.12 | 0.00 | 1,117.12 |
| Acct: 7958 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6118 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 30,475.80 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 96,351.06 |

|  | TOTAL CLAIMED |  |
|---|---|---|
|  | PRIORITY | 0.00 |
|  | SECURED | 1,030.99 |
|  | UNSECURED | 84,203.58 |

Date: 01/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DONNA JEAN STEMSKI

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20394 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-20394-JAD
Donna Jean Stemski Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Jan 29, 2024 Form ID: pdf900 Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Jean Stemski, 857 Pleasant Hills Drive, Washington, PA 15301-2948 |
| 14986657 | + | Amex/Bankruptcy / Macys, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14986670 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15013392 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:24:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986656 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:13:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14986658 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 00:07:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15002930 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 30 2024 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14986659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:12:52 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14986660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:24:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14986661 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:37:19 | Capital One / Costco, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15013785 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15025017 | + | Email/Text: RASEBN@raslg.com | Jan 30 2024 00:07:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15031762 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:22 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14986663 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:02 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14986664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 01:01:46 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14986665 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitybank/kayjewe, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

Case 19-20394-JAD   Doc 72   Filed 01/31/24   Entered 02/01/24 00:32:18   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 15031867 | | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14986666 | + | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First NA / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14986677 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:25:14 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15031172 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14986667 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 30 2024 00:08:00 | EnerBank USA, 1245 Brickyard Rd., Ste. 600, Salt Lake City, UT 84106-2562 |
| 14997190 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 30 2024 00:07:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15226984 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2024 00:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14986662 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2024 00:13:01 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14986668 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 30 2024 00:07:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15006813 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15202036 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15031592 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14988454 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15031865 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2024 00:24:12 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14986669 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2024 00:13:44 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15027405 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14986671 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:12:48 | Synchrony Bank/ JC Penney, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986672 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:41 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986673 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:25:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14986674 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:38:23 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986675 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:26 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15032021 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14986676 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:08:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15004681 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:38:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| 14986678 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:38:28 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES LLC |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Donna Jean Stemski ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Donna Jean Stemski lowdenscott@gmail.com |

TOTAL: 5