| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Donna Jean Stemski**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2567<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–20394–JAD | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donna Jean Stemski

<u>4/10/24</u>                                   **By the court:** <u>Jeffery A. Deller</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-20394-JAD
Donna Jean Stemski | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 10, 2024      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Jean Stemski, 857 Pleasant Hills Drive, Washington, PA 15301-2948 |
| 14986657 | + | Amex/Bankruptcy / Macys, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14986670 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 11 2024 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 11 2024 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15013392 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:14:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986656 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:14:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14986658 | + | EDI: BANKAMER | Apr 11 2024 04:04:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15002930 | + | EDI: BANKAMER2 | Apr 11 2024 04:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14986659 | + | EDI: CAPITALONE.COM | Apr 11 2024 04:05:00 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14986660 | + | EDI: CAPITALONE.COM | Apr 11 2024 04:05:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14986661 | + | EDI: CAPITALONE.COM | Apr 11 2024 04:05:00 | Capital One / Costco, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15013785 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:13:59 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 19-20394-JAD    Doc 78    Filed 04/12/24    Entered 04/13/24 00:27:18    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 44 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 15025017 | + | Email/Text: RASEBN@raslg.com | Apr 11 2024 00:10:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15031762 | + | EDI: CITICORP | Apr 11 2024 04:05:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14986663 | + | EDI: CITICORP | Apr 11 2024 04:05:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14986664 | + | EDI: CITICORP | Apr 11 2024 04:05:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14986665 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/kayjewe, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15031867 | | EDI: CRFRSTNA.COM | Apr 11 2024 04:04:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14986666 | + | EDI: CRFRSTNA.COM | Apr 11 2024 04:04:00 | Credit First NA / Firestone, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14986677 | | EDI: CITICORP | Apr 11 2024 04:05:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15031172 | | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14986667 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 11 2024 00:10:00 | EnerBank USA, 1245 Brickyard Rd., Ste. 600, Salt Lake City, UT 84106-2562 |
| 14997190 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 11 2024 00:10:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15226984 | | EDI: JEFFERSONCAP.COM | Apr 11 2024 04:05:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14986662 | | EDI: JPMORGANCHASE | Apr 11 2024 04:04:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14986668 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 11 2024 00:10:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15006813 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:13:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15202036 | | EDI: PRA.COM | Apr 11 2024 04:05:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15031592 | | EDI: PRA.COM | Apr 11 2024 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14988454 | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15031865 | + | Email/PDF: ebnotices@pnmac.com | Apr 11 2024 00:27:27 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14986669 | + | Email/PDF: ebnotices@pnmac.com | Apr 11 2024 00:13:58 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15027405 | | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14986671 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Synchrony Bank/ JC Penney, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986672 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986673 | + | EDI: SYNC | | |

Case 19-20394-JAD    Doc 78    Filed 04/12/24    Entered 04/13/24 00:27:18    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | | Bypass/EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 11 2024 04:04:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14986674 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986675 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15032021 | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14986676 | + | EDI: WTRRNBANK.COM | Apr 11 2024 04:05:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15004681 | | EDI: WFFC2 | Apr 11 2024 04:05:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14986678 | + | EDI: WFFC2 | Apr 11 2024 04:05:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES LLC |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Donna Jean Stemski ricelaw1@verizon.net   lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 44 |

Scott R. Lowden
        on behalf of Debtor Donna Jean Stemski lowdenscott@gmail.com

TOTAL: 5